UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY N. WELLINGER<br>and<br>JEANETTE WELLINGER<br>of Massachusetts<br>    Plaintiffs<br>v.<br><br>GEORGE GILMAN,<br>a/k/a George Gilman, III,<br>a/k/a George U. Gilman, III,<br>of New Hampshire;<br><br>CATHERINE GILMAN of New Hampshire;<br><br>PHILIP A. PARRY, of Massachusetts<br><br>PHILIP A. PARRY, P.C., of Massachusetts;<br><br>N.E. MOVES MORTGAGE CORPORATION,<br>Of Massachusetts<br>    Defendants | Case No. 05-CV-11247-RCL |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR THE
DEFENDANTS, PHILIP A. PARRY AND PHILIP A. PARRY, P.C.,
TO FILE AN ANSWER TO THE VERIFIED COMPLAINT**

The defendants, Philip A. Parry and Philip A. Parry, P.C. ("Parry"), hereby file this motion for an extension of time until August 1, 2005 for Parry to file an answer to the Verified Complaint filed by the plaintiffs, Anthony N. Wellinger and Jeanette Wellinger (the "plaintiffs") in the above-captioned case. The plaintiffs have assented to

this extension of time.

                Respectfully submitted,

                PHILIP A. PARRY AND PHILIP A. PARRY, P.C.
                By its attorneys,

                _____
                David J. Hatem, BBO # 225700
                Nancy M. Reimer, BBO # 555373
                Deborah F. Schwartz, BBO # 658278
                DONOVAN HATEM LLP
                Two Seaport Lane
                Boston, MA 02210
                (617) 406-4500

                ANTHONY N. WELLINGER AND JEANETTE WELLINGER
                By their attorneys,

                _____
                Thornton E. Lallier, Esq., BBO # 283680
                Lallier Law Office
                159 Main Street, P.O. Box 689
                Amesbury, MA 01913
Dated: July 11, 2005        (978) 388-9500

## CERTIFICATE OF SERVICE

I, Deborah F. Schwartz, hereby certify that on this 1̲3̲ th day of July 2005, I have given notice of the attached *Assented To Motion For Extension Of Time For The Defendants, Philip A. Parry And Philip A. Parry, P.C., To File An Answer To The Verified Complaint*, by mailing copies thereof, postage prepaid to:

Thorton E. Lallier, Esq.  
Lallier Law Office  
159 Main Street, P.O. Box 689  
Amesbury, MA 01913  
978-388-9500  

George Gilman  
63 Old Turnpike Road  
Nottingham, NH 03290  

Catherine Gilman  
20 Violet Lane  
Seabrook, NH 03874  

N.E. Moves Mortgage Corporation  
1601 Trapelo Road, Suite 30  
Waltham, MA  

Andrew K. Goldstein, Esq.  
Foley Lardner LLP  
111 Huntington Avenue  
Boston, MA 02199  
617-342-4000  

_____  
Deborah F. Schwartz  

00930730

3