UNITED STATES OF AMERICA
FIRST DISTRICT COURT OF MASSACHUSETTS

NO. 05-CV-11247-RCL

ANTHONY N. WELLINGER )
And )
JEANETTE WELLINGER )
    Plaintiffs )
 )
Vs. )
 )
GEORGE GILMAN, )
CATHERINE GILMAN, )
PHILIP A. PARRY, )
PHILIP A. PARRY, P.C. )
N.E. MOVES MORTGAGE CORPORATION )
    Defendants )

**PLAINTIFFS' VOLUNTARY DISMISSAL OF THEIR COMPLAINT**
**F.R.Civ.P. RULE 41(a)(1)(i)**

The Plaintiffs hereby voluntarily dismiss the above action, without prejudice and pursuant to F.R.Civ.P. Rule 41(a)(1)(I). No Answers or Motion for Summary Judgment have been filed by the Defendants.

By the Plaintiffs' Attorney,

_____
Thornton E. Lallier, Esq.
Lallier Law Office
159 Main Street, P.O. Box 689
Amesbury, MA 01913
978-388-9500
BBO#283680

Dated: July 15, 2005

CERTIFICATE OF SERVICE

I, Thornton E. Lallier, Esq., certify that I have mailed a copy of the foregoing by first class mail on July 15, 2005 to:

Attorney Deborah F. Schwartz
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Catherine Gilman
20 Violet Lane
Seabrook, NH 03874

George Gilman
63 Old Turnpike Road
Nottingham, NH 03290

Attorney Peter A. Riley
Riley & Fay, PLLC
P.O. Box 1855
855 Lafayette Rd
Seabrook, NH 03874

N.E. Moves Mortgage Corporation
1601 Trapelo Road, Suite 30
Waltham, MA 02154

Attorney Andrew K. Goldstein
Foley Lardner LLP
111 Huntington Avenue
Boston, MA 02199

_____
Thornton E. Lallier